THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Hendking, Yaniesha-P/surety, attorney in fact, grantee absolute | ) ) ) | Case Number 1:22-cv-01777 |
| Plaintiff | ) ) | Judge J. Philip Calabrese |
| v. | ) ) ) ) | FILED |
| CARVANA, LLC, et al., | ) ) | OCT 18 2022 |
| Defendants | ) | CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY OF INCULPATORY EVIDENCE**

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, Plaintiff, Yaniesha Hendking respectfully move this honorable court to Compel Discovery of Inculpatory Evidence and states the following:

1.  Plaintiff states there was no arbitration agreement signed for the 2018 Mercedes Benz GLC300.

2.  A party seeking to compel arbitration "must show [1] that a valid agreement to arbitrate exists, [2] that the movant is entitled to invoke the arbitration clause, [3] that the other party is bound by that clause.

An electronic copy is not sufficient to prove the action was consented to by the Plaintiff as anyone could manipulate and forge an electronic copy for their own benefit which is a deceptive and fraudulent act. It is imperative that this court compel Defendant(s) to provide the physical true and original document bearing a wet ink signature from the Plaintiff consenting to an arbitration agreement they claim exist. If Defendant(s) can produce from compelling send the original document to this court for Judge J. Phillip Calabrese's reviewing by registered mail in chambers with the Plaintiff.

Honorably Submitted,

By:

By: Hendking, Yaniesha-P/Surety/Grantee Absolute All Rights Reserved
c/o 5247 Wilson Mills Rd #1013
Richmond Heights Ohio [44124]