THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Hendking, Yaniesha-P/surety, attorney in fact, grantee absolute | ) ) ) | Case Number 1:22-cv-01777 |
| Plaintiff | ) ) ) | Judge J. Philip Calabrese |
| v. | ) ) ) | FILED |
| CARVANA, LLC, et al., | ) ) | OCT 18 2022 |
| Defendants | ) | CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 2 et seq., Plaintiff, Yaniesha Hendking respectfully move this honorable court to deny Defendants Motion to Compel Arbitration for my complaints against the Defendants pursuant to the grounds that:

1. I allege the Defendants and pending subpoenaed Defendants have committed practices that are deceptive, unfair, fraudulent and forced me to act under overwhelming amounts of stress, embarrassment, anxiety, and duress with their breaches, trespass, violations, and threats to my livelihood.

2. Conjointly, there is no actual valid arbitration agreement between me and the Defendants CARVANA, LLC, et al.,

I the Plaintiff submit herewith a Motion To Compel Discovery of inculpatory evidence.

Honorably Submitted,

*[signature]*

By: Hendking, Yaniesha-P/Surety/Grantee Absolute All Rights Reserved
c/o 5247 Wilson Mills Rd #1013
Richmond Heights Ohio [44124]
2166479989
