THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Hendking, Yaniesha-P/surety, attorney in fact, grantee absolute | ) ) ) | Case Number 1:22-cv-01777 |
| Plaintiff | ) ) ) | Judge J. Philip Calabrese |
| v. | ) ) ) | FILED |
| CARVANA, LLC, et al., | ) ) | OCT 18 2022 |
| Defendants | ) | CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO REMOVE DEFENDANT KAYLIE

It is imperative to deny the Defendants motion for leave for the defendant Kaylie Martinez as she assisted in violating Plaintiff's rights by ignoring plaintiff multiple times by defendant Kaylie Martinez's request by email. Plaintiff was being vigilant to resolve the matter.

I the Plaintiff submit herewith an amended complaint to justify this matter.

Honorably Submitted,

By: [signature]

By: Hendking, Yaniesha-P/Surety/Grantee Absolute All Rights Reserved
c/o 5247 Wilson Mills Rd #1013
Richmond Heights Ohio [44124]
2166479989