THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Hendking, Yaniesha-P / Surety / Attorney In Fact | ) ) ) | Case Number 1:22-cv-01777 |
| Plaintiff | ) ) ) | Judge J. Philip Calabrese |
| v. | ) ) ) | |
| CARVANA, LLC, et al., | ) ) ) | FILED<br>OCT 18 2022<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF OHIO<br>CLEVELAND |
| Defendants | ) ) ) ) | |

## PLAINTIFF'S MOTION TO ADD ADDITIONAL DEFENDANTS

Plaintiff Yaniesha Hendking, move this court to add additional defendants as the complaint for cv-22-968153 a case removed from Cuyahoga County Common Pleas Court to this honorable court. Due to the special nature of this case herewith an amended complaint for the jurisdiction of this court and causes/breaches made by employees from the corporations who are currently defendants must be held accountable in this matter and must answer for their deceptive, negligent, unfair actions in this court.

Add the following parties:

Daniel Gaudreau the CFO of "Bridgecrest"
Mary Phillips the CEO of "Bridgecrest"
Ernest Garcia the CEO of "Carvana"
Mark Jenkins the CFO of "Carvana'
Daidre Visser an employee of "Carvana
Taylor Schmidgall Senior Resolutions Leader/Executive Resolutions Team at Carvana
Sandra B. Wick Mulvany Director Corporate Counsel at Bridgecrest

Honorably Submitted,

*[signature]*

By: Hendking, Yaniesha-P/Surety/Grantee Absolute All Rights Reserved
c/o 5247 Wilson Mills Rd #1013
Richmond Heights Ohio [44124]
2166479989