# EXHIBIT 1

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| YANIESHA HENDKING, | Case No. 1:22-cv-01777-JPC |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jonathan D. Greenberg |
| CARVANA, LLC, *et al.*, | |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF JORDAN FIRMAN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

I, Jordan Firman, declare:

1. I am a Senior Manager of Customer Experience at Carvana, LLC ("Carvana"). I have been employed by Carvana since October 2018. In this capacity, I have gained personal knowledge of Carvana's business operations and procedures, including those described herein. If called upon to testify, I could and would testify to the matters set forth below.

2. Attached hereto is a true and correct copy of the DocuSign Certificate of Completion relating to Plaintiff's purchase of the 2018 Mercedes Benz GLC.

3. The Certificate of Completion confirms that the DocuSign Envelope ID ending in *B929 was delivered to Plaintiff at almost_nursing@ymail.com, the same email address Plaintiff used to communicate directly with Carvana, where the documents were completed and returned to Carvana.

4. The DocuSign Envelope ID ending in *B929 included the Retail Purchase Agreement, Security Agreement, and Arbitration Agreement relating to Plaintiff's purchase of the 2018 Mercedes Benz GLC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 25 day of October, at _____Atlanta, Georgia_____.

_____
Jordan Firman