**AMENDED EXHIBIT LIST AND DESCRIPTION**

1. EXHIBIT 1      No. 8 on complaint: Text from Plaintiff for Defendant Daidre Visser
2. EXHIBIT 2      No. 12 on complaint: Text between Plaintiff and Valentina about changing delivery location
3. EXHIBIT 3      No. 13 on complaint: Text between Plaintiff and Carvana employee about registration
4. EXHIBIT 4      No. 17-20 on complaint: Text between Plaintiff and Carvana employee on the status of registration
5. EXHIBIT 5      No. 21 in complaint Emails from Carvana requesting the information they received June 15th 2021 See Exhibit 1
6. EXHIBIT 6      No. 23 in complaint Plaintiff inquired on monetary gift for compensation
7. EXHIBIT 7      No. 28 in complaint Defendant Carvana Affidavit for "TOP" and correspondence regarding registration
8. EXHIBIT 8      No. 31 in complaint Plaintiff First Notice of Rescission to Bridgecrest letter dated January 13 2021 alongside Bridgecrest response.
9. EXHIBIT 9      No. 32 in complaint Plaintiff mailed response to Brigdecrest letter dated January 31 2021
10. EXHIBIT 10    No. 33 in complaint Bridgecrest sent a response RE: Your inquiry dated January 31st 2022
11. EXHIBIT 11    No. 34 in complaint Plaintiff mailed a letter titled ********SILENCE IS ACQUIESCENCE*******
12. EXHIBIT 12    No. 35 in complaint Plaintiff emailed Bridgecrest customer service with their legal department/resolution department and CEO copied.
13. EXHIBIT 13    Mailing Affidavits
14. EXHIBIT 14    No. 36 Plaintiff emailed the following to Bridgecrest CEO, CFO, and legal team including Carvana CEO, CFO, and their legal team. Including County filed Documents.

15. EXHIBIT 15    No. 40 in complaint Plaintiff received a letter dated March 16th 2022 from Bridgecrest's Director, Corporate Counsel Sandra B. Wick Mulvany

16. EXHIBIT 16    No. 42 in complaint Plaintiff rebutted Sandra Director, Corporate Counsel with letter dated April 2nd 2022

17. EXHIBIT 17    No. 44 in complaint Affidavit For Verification of Debt and Affidavit of Demand For Proof of Vehicle Ownership which letters are dated April 20th 2022 and (with the possibility of the letter dated April 19th 2022 Demand For Title Ownership Verification) (See Exhibit 13 also)

18. EXHIBIT 18    No. 45 in complaint C.C.I left a hanging postcard on my front door

19. EXHIBIT 19    Payments made to Carvana and Bridgecrest

20. EXHIBIT 20    No. 50 in complaint Carvana's employee Taylor Schmidgall email

21. EXHIBIT 21    No. 52 in complaint Plaintiff emailed the following response to Taylor

22. EXHIBIT 22    No. 53 in complaint Kaylie Martinez emailed Plaintiff

23. EXHIBIT 23    No. 54 and 57 in complaint Plaintiff mailed correspondence/Affidavit Notice of Facts

24. EXHIBIT 24    No. 58 in complaint Plaintiff emailed/filed a complaint to the Fededral Trade Commission Antitrust Division and copied Kaylie Martinez, Daniel Gaudreau Bridgecrest CFO, Mary Phillips Bridgecrest CEO, Ernest Garcia III Carvana CEO, Mark Jenkins Carvana CFO, Carvana's legal team and Bridgecrest's legal team.

25. EXHIBIT 25    No. 59 in complaint Plaintiff emailed Kaylie again informing her that Plaintiff have been to Carvana's headquarters

26. EXHIBIT 26    No. 61 and 62 in complaint Kaylie Martinez emailed and stated that Plaintiff blatantly rejected

27. EXHIBIT 27    No. 66 in complaint Plaintiff responded via email to Kaylie Martinez

28. EXHIBIT 28    No. 67 in complaint Plaintiff emailed Kaylie Martinez

29. EXHIBIT 29    No. 68 in complaint Plaintiff emailed Kaylie Martinez

30. EXHIBIT 30    Plaintiff mailed Notice of Subrogation

31. EXHIBIT 31    Letter from Defense attorney Gregory Saetrum

32. EXHIBIT 32    Plaintiff response to Gregory Saetrum

33. EXHIBIT 33    COL form warning

34. EXHIBIT 34    Itemized Damages/Civil Liability

35. EXHIBIT 35    History and Reputation of Carvana and Bridgecrest

36. EXHIBIT 36    Carvana and Bridgecrest partnership

37. EXHIBIT 37    Pertaining Lexus RX450h "the trade in"

38. EXHIBIT 38    New Jersey Title Lien Search Results/Motor Vehicle Reports

39. EXHIBIT 39    Bridgecrest response to reach out to Carvana for resolution

40. EXHIBIT 40    Plaintiff private trust

41. EXHIBIT 41    Applied for Credit

42. EXHIBIT 42    Urgent Care/Prescriptions

43. EXHIBIT 43    Loan Denial/Credit Account Involuntarily closed

44. EXHIBIT 44    DocuSign examples and IP address

45. EXHIBIT 45    No. 29 in complaint Plaintiff offer to pay in full

46. EXHIBIT 46    Federal Laws that support justice for Plaintiff's rights

Honorably Submitted,

By: *[signature]*

By: Hendking, Yaniesha-P/Surety/Grantee Absolute All Rights Reserved
c/o 5247 Wilson Mills Rd #1013
Richmond Heights Ohio [44124]
2166479989