EXHIBIT 18





Camping co. (https://cciwebsite.azurewebsites.net/)

Home (https://cciwebsite.azurewebsites.net/)
Technology (https://cciwebsite.azurewebsites.net/Technology)
Compliance (https://cciwebsite.azurewebsites.net/Compliance)
Services (https://cciwebsite.azurewebsites.net/Services)
Company (https://cciwebsite.azurewebsites.net/Company)
Coverage (https://cciwebsite.azurewebsites.net/Coverage)
Careers (https://cciwebsite.azurewebsites.net/careers)
Redemption (https://cciwebsite.azurewebsites.net/Redemption)
Transport (https://cciwebsite.azurewebsites.net/Transport)

# Services

## 10 Offices • 5 States • 1800 Cities • 2000 Zip Codes

The Camping Companies, Inc. is prepared to provide professional recovery and investigative services with unsurpassed commitment to your satisfaction. Our courteous staff is focused on customer service and will go out of their way to handle your recovery needs in a timely professional manner!

### Involuntary Recoveries

All CCI offices will recover Heavy Equipment, Motorhomes, Trailers, Boats, Cars, Trucks, Motorcycles, Watercraft and much, much more. If you finance it, we will pick it up! You can expect a quick response when you send an assignment to any one of our locations.

### Voluntary Recoveries

When a customer wants to voluntarily surrender their vehicle, it's important that recovery companies act fast. You can be sure that Camping Companies staff will get to work right away, and you can count on us to set appointments, make arrangements, and work with your customers in a polite and professional way.

### Investigations

CCI and its agents are trained in the latest investigative and skip techniques. Our adjusters utilize the latest technology, resources, and good old fashioned field work to find even the most difficult skips.

### Impounds

CCI offices have built long-standing relationships with numerous state and private impound facilities. We have the funds to pay for and retrieve your vehicle out of impound quickly and efficiently.

LII > Electronic Code of Federal Regulations (e-CFR) > Title 36 - Parks, Forests, and Public Property > CHAPTER I - NATIONAL PARK SERVICE, DEPARTMENT OF THE INTERIOR > PART 2 - RESOURCE PROTECTION, PUBLIC USE AND RECREATION > § 2.31 Trespassing, tampering and vandalism.

# 36 CFR § 2.31 - Trespassing, tampering and vandalism.

CFR

## § 2.31 Trespassing, tampering and vandalism.

**(a)** The following are prohibited:

**(1) Trespassing.** Trespassing, entering or remaining in or upon property or real property not open to the public, except with the express invitation or consent of the person having lawful control of the property or real property.

**(2) Tampering.** Tampering or attempting to tamper with property or real property, or moving, manipulating or setting in motion any of the parts thereof, except when such property is under one's lawful control or possession.

**(3) Vandalism.** Destroying, injuring, defacing, or damaging property or real property.

**(4) Harassment.** Intentional or reckless harassment of park visitors with physical contact.

**(5) Obstruction.** Intentional or reckless obstruction of any sidewalk, trail, highway, building entranceway, railroad track, or public utility right-of-way, or other public passage, whether alone or with others. The mere gathering of persons to hear a speaker communicate, or simply being a member of such a gathering, does not constitute obstruction. An official may make a reasonable request or order that one or more persons move in order to prevent obstruction of a public passage, and refusal of such an order constitutes obstruction.

**(b)** The regulations contained in this section apply, regardless of land ownership, on all lands and waters within a park area that are under the legislative jurisdiction of the United States.

[48 FR 30282, June 30, 1983, as amended at 52 FR 35240, Sept. 18, 1987; 75 FR 64153, Oct. 19, 2010]