EXHIBIT _25_

8/16/22, 1:37 PM

Case: 1:22-cv-01777-JRC  Doc #: 18-26  Filed: 10/31/22  2 of 2.  PageID #: 314
Yahoo Mail - Re: Offer of Purchase Rescission VIN:WDC0G4KB6JV098290

## Re: Offer of Purchase Rescission VIN:WDC0G4KB6JV098290

From:  Kaylie Martinez (kaylie.martinez@carvana.com)

To:     almost_nursing@ymail.com

Cc:     courtney.beller@carvana.com; Sandra.wickmulvany@drivetime.com

Date:   Monday, June 13, 2022 at 01:00 PM EDT

Hi Yaniesha,

Recent communications from you state that our offer has been blatantly rejected. At this time, we are unsure of how you would like to proceed as you have previously indicated you are not interested in a resolution. We have accommodated your request to stop contacting you. As well, we will be terminating your contract with us until the car is back in our possession.

Our offer to rescind the purchase still stands contingent on the vehicle's return.

Have a wonderful day.

**Kaylie Martinez**
Legal Analyst
1930 W Rio Salado Pkwy /// Tempe AZ 85281
/// O: 800.333.4554 /// F: 866.221.3833

*read first*

On Fri, Jun 10, 2022 at 6:13 PM Yaniesha Hendking <almost_nursing@ymail.com> wrote:

Hi Kaylie,

I have been to your headquarters in person to handle the matter and sent you correspondence by mail.

I am overwhelmingly disturbed by your silence.
I am inquiring on the expected response concerning your offer.

Are you ready to move forward in private?

Looking forward to your response.

By: Hendking, Yaniesha Precious/Absolute Grantee
All Inalienable Liberties And Rights Reserved

On Friday, May 13, 2022, 07:06:42 PM EDT, Yaniesha Hendking <almost_nursing@ymail.com> wrote:

Hi Kaylie,

I reject your offer. That isn't an equitable form of redemption as the automobile/account lawfully vests within trust now and I am the Absolute Grantee / Attorney In Fact.

There is no misunderstanding. Facts are Truth. You did not rebut any affidavits lawfully and your silence is acquiescence.

You may relieve yourself from any intentional suit and or orders by doing as your governing laws and statutes require now which is to terminate the contract and return all money and property given from me.

If you continue you will be continuing to harass and trespass trust property as you have already breached trust and you will be charged accordingly.