# EXHIBIT 33

| Form **COL** | **Violation Warning** <br> **Denial of Rights Under Color of Law** | |
|---|---|---|
| ▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983 | | |

| Name and address of Citizen | Name and address of Notice Recipient |
|---|---|
| Hendkings, Yaniesha Tracinus /agent <br> c/o 1155 J. Tones Rd # 111-555 <br> IKASA, AZ [85205] | Earnest Garcia III CEO DBA Carvana LLC <br> Mark Jenkins CFO DBA Carvana LLC <br> 1930 W. Rio Salado Pkwy. Tempe AZ 85281 <br> email: legal@carvana.com |

**Citizen's Statement**

I, Yaniesha Hendking, have exercised my federally protected rights to rescind contract account at periospero as Carvana LLC failed to conspicuously disclose my right to rescind and required a down payment within a credit/consumer transaction. I am due return of all money paid and property. Rights violated:

- TILA Regulation Z
- 12 CFR § 1026.23(b)(1)
- 16 CFR §433 1(l)
- 12 CFR § 1026.4
- 12 CFR § 226.18
- 12 CFR § 1026.33(a)(1)
- 12 CFR § 1026.23(a)(1)

20 days will be 4/3/22

I am due money and property. Do NOT violate FURTHER! Do your due DILIGENCE AND UPDATE ACCOUNT, RELEASE CLEAN TITLE and RETURN MONEY! CEASE AND DESIST ATTEMPT TO COLLECT, CEASE AND DESIST ATTEMPT TO TEXT. ANY REPOSSESSION. IT WILL BE UNLAWFUL!

I certify that the forgoing information stated here is true and correct.

**Citizen's signature** ▶ _[signature]_      Date ▶ March 31, 2022

## Legal Notice and Warning

Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provides that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Warning, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to <u>cease and desist with your demand</u> and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**
I, _Yaniesha Hendking Agent_ certify that I personally delivered this notice to above named recipient and address on _March 31, 2022_ at _email listed above and mailed certified #7021 1730 0003 2009 1160_

Public Domain—Privacy Form COL(01)

## Form COL — Violation Warning
### Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

**Name and address of Citizen:** Hendking, Yanieshe Freeman/Agent c/o 1155 S. Power Rd #114-323, Mesa, AZ [85206]

**Name and address of Notice Recipient:** Mary Phillips CEO DBA BRIDGECREST, Dan Gaudreau CFO DBA BRIDGECREST, 7300 Hampton Ave, Mesa AZ 85209 #181, Email: legal@bridgecrest.com, customerservice@bridgecrest.com

**Citizen's statement:** I, Yanieshe Hendkag have exercised my federally protected right to rescind contract Account # 9001512070 as Carvana LLC failed still to disclose my right to rescind conspicuously and required down payment within a credit transaction. I am due all monies and property back.

Rights violated: TILA(z) 12 CFR §1026.23(b)(1), 16 CFR §433.1(i), 12 CFR §1026.4, 12 CFR 226.12, 12 CFR §1026.23(d)(1). 30 days will be 4/3/22. I am due money & property. Do NOT violate further! Do your due diligence and update account. Release clean title and return [...] money! Cease and desist attempt to collect money! Cease and desist attempt to repossession. It will be unlawful!

I certify that the forgoing information stated here is true and correct.

**Citizen's signature:** [signature]  **Date:** March 31, 2022

### Legal Notice and Warning

Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Warning, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**
I, Yanieshe Hendking Agent certify that I personally delivered this notice to above named recipient and address on March 31, 2022 at email listed above and mailed certified #7021 2720 0003 2009 7653

Public Domain—Privacy Form COL(01)

Form **COL**

## Violation Warning
### Denial of Rights Under Color of Law

▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

Name and address of Citizen: *[handwritten]* Hankins Yanushka Louise/Byrd III c/o 1155 S [illegible] Box # 111 220 Phoenix, AZ [85xxx]

Name and address of Notice Recipient: *[handwritten]* Sandra D. Kick Hyland of Director, Corporate Counsel 1730 N. Rio Salado Parkway Tempe, Arizona 85281 Civil Legal [illegible]

*[handwritten statement]* I Yanushka Hankins, consumer who did my federally protected inalienable natural secured rights, I do not and did not waive any rights reserved all my rights in my cognized contract. I hereby exercise my right to rescind the contract of SOL and my signature that was [illegible] of any. The contract is VOID due to CERTAIN LLC fraud practices and failure to disclose proper and lawful information to the [illegible] is federally mandatory. Violations of the following: TILA 12 CFR 1026 23 - (b)(1), 226 F 1026-4, 16 CFR 433.1(1) 12 CFR 226 12 12 CFR 1026 23 - (d)(1) 16 USC 242 18 USC 241 42 U.S.C. 1983 SEE YOUR NOTICE JH

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**
▶ *[signature]*
Date ▶ April 4, 2022 A.D

### Legal Notice and Warning

Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**
I, *Yanushka Hankins/Byrd* certify that I personally delivered this notice to above named recipient and address on *April 4, 2022* at via Certified mail # 7030 3160 0001 9347 9696 and email updated mailing to express given above.

Public Domain—Privacy Form COL(01)

# 9571106633862094679459