# EXHIBIT 34 42

DANIEL BREITENBACH MD
WALK IN URGENT CARE
13916 CEDAR ROAD
CLEVELAND, OH 44118

Patient Name: HENDKING YANIESHA
Patient DOB: 07/31/91
Patient Sex: Female
Date of Service: 10/19/2022

## HPI
### Anxiety
Patient presents with Anxiety. pt. sts.she is under a lot of stress;is experiencing anxiety attacks;rapid heart rate;trouble concentrating;racing thoughts;sweating;difficulty sleeping;dry eyes;

### Vital Sign
The BP Systolic is 108
The Diastolic BP is 68
Pulse is 76
Temperature is 97.9 F
Respiratory Rate is 16
O2 Sat is 99%
Height is 65 in
Weight is 117 lbs
LMP: 9/20/22

Medical History

Negative.

Immunizations: no covid vaccines yet to date.

Family History
Negative.

Social History
Negative.

Allergy History
allergic to penicillin.

## ROS
### Constitutional
Constitutional: Patient has no constitutional symptoms.
### CVS
CVS: Patient has no CVS symptoms.
### ENT
ENT: Patient has no ENT symptoms.
### Eyes
Eyes: Patient has no eye symptoms.
### GIT
GIT: Patient has no GIT symptoms.
### GU
GU: Patient has no GU symptoms.
### MS
Musculoskeletal: Patient has no musculoskeletal symptoms.
### Neurological
Neurological: Patient has no neurological symptoms.

DANIEL BREITENBACH MD
WALK IN URGENT CARE
13916 CEDAR ROAD
CLEVELAND, OH 44118

**Psychiatric**
Psychiatric: Patient is no psychiatric symptoms.
**Respiratory**
Respiratory: Patient has no respiratory symptoms.
**Skin**
Skin: Patient has no skin symptoms.

## Physical Exam

**General:**
. Patient is well-appearing.

**Eyes:**
On examination, PERLA: pupils are equal and reactive to light, extra-occular muscles are intact and conjunctiva; NORMAL, CLEAR.
Patient has impacted cerumen in both ears..

**Cardiovascular:**
On examination .

**Skin:**
On examination and skin is warm and dry.
The patient has difficulty falling asleep and staying asleep. She's had crying episodes. She's had a year history of anxiety..

## Assessment
Anxiety Disorder, Unspecified (F41.9)
Impacted Cerumen, Unspecified Ear (H61.20)

## Plan
**Today's Medication**
Buspirone 15 Mg Tablet is Ordered, take 1 tablet (15mg) by oral route 2 times per day

## Discharge Instructions
**General Instructions:**

BuSpar one pill twice a day. This is for anxiety. Obtain debrox over-the-counter and follow the instructions for wax removal from the ears. Contact the Academy of medicine for a psychiatrist.

# AFTER VISIT SUMMARY

 FastMed

**Yaniesha Hendking**  MRN: 13304299      📅 2/25/2022 10:15 AM   📍 South Power Road 480-214-0045

## Instructions  from Laura, NP

Start with 0.5 tablet buspirone twice daily for one week then increase to 1 tablet twice daily.

Complex reasons may be involved in anxiety symptoms which generally improve best with a good support system at home or with a strong network of friends around you. Professional counseling may also be beneficial to address anxiety symptoms and coping mechanisms for lasting wellness. Medication to treat ongoing depression or anxiety may be indicated with close PCP or psychiatry follow up due to mood-changing symptoms and side effects that may occur. At the urgent care level, acute anxiety medications may sometimes be prescribed in the short-term with strong recommendation to follow up as we direct with your PCP or with further psychiatric evaluation. Take acute anxiety medications as sparingly as possible and only for panic attack symptoms. Go to the ED or seek professional help as soon as possible if you feel any suicidal thoughts/hopelessness, or with any chest pain/pressure, palpitations, shortness of breath, dizziness, numbness/tingling.

## Today's Visit

You saw Laura, NP on Friday February 25, 2022. The following issue was addressed: Situational anxiety.



| | | | |
|---|---|---|---|
| Blood Pressure | 101/63 | BMI | 18.82 |
| Weight | 114 lb 13.8 oz | Height | 5' 5.5" |
| Temperature | 98.7 °F | Pulse | 79 |
| Respiration | 15 | Oxygen Saturation | 99% |

*Aquaphor* (handwritten)


### Today's medication changes
➡ START taking:
  **busPIRone** (Buspar)
  **hydrOXYzine pamoate** (Vistaril)

Accurate as of February 25, 2022 10:35 AM.
Review your updated medication list below.


### Read the attached information
Stress (English)


### Pick up these medications at WALGREENS DRUG STORE #03728 - MESA, AZ - 7059 E BASELINE RD AT SUPERSTITION BOULEVARD & BASELINE
- busPIRone 10 MG tablet
- hydrOXYzine pamoate 25 MG capsule

Address:  7059 E BASELINE RD, MESA AZ 85209-4803
Phone:    480-830-1554


### Follow up in about 1 month
(around 3/25/2022) for follow up with PCP.

Yaniesha Hendking (MRN: 13304299) • Printed by Laura M at 2/25/2022 10:35 AM              Page 1 of 3  *Epic*