THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Hendking, Yaniesha-P/surety, attorney in fact, grantee absolute | ) ) ) | Case Number 1:22-cv-01777 |
| Plaintiff | ) ) | Judge J. Philip Calabrese |
| v. | ) ) ) | FILED |
| CARVANA, LLC, et al., | ) ) | NOV 03 2022 |
| Defendants | ) | CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND |

## MOTION TO SEAL EX PARTE PLAINTIFF'S PRIVATE EXPRESSED TRUST

Comes Now, Plaintiff, Hendking, Yaniesha-Precious the Grantee Absolute of a Private Expressed Trust. On the grounds of Plaintiffs Privileged, Naturally Given, Inalienable Right to Privacy. Plaintiff has the Right to keep Private Trust information free from public scrutiny as it may cause harm to the parties and property contains Sacred held within The Private Expressed Trust.

Plaintiff hereby moves this Court to acknowledge Plaintiffs Private Trust in Judges private Chambers for the exclusive and special viewing of proprietary evidence in support of suit which is labeled Exhibit 40 attached to Second Amended Complaint.

Once this motion is granted Plaintiff will provide the Private Expressed Trust information necessary for the case to prove private conveyance of the 2018 Mercedes Benz GLC300 into the Private Expressed Trust.

Honorably Submitted,

By: *[signature]*

By: Hendking, Yaniesha-P/Surety/Grantee Absolute All Rights Reserved
c/o 5247 Wilson Mills Rd #1013
Richmond Heights Ohio [44124]

## CERTIFICATE OF SERVICE

Stephen M. Fazio
Rebecca W. Haverstick
SQUIRE PATTON BOGGS US (LLP)
1000 Key Tower
127 Public Square
Cleveland Ohio 44114

Attorneys for Defendants

USPS Mailing:

EXPRESS Priority Mail
Certified Mail

Honorably Submitted,

By: *[signature]*

By: Hendking, Yaniesha-P/Surety/Grantee Absolute All Rights Reserved

c/o 5247 Wilson Mills Rd #1013

Richmond Heights Ohio [44124]

2166479989