THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Hendking, Yaniesha-P/surety, attorney in fact, grantee absolute | ) ) ) | Case Number 1:22-cv-01777 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff | ) ) | |
| v. | ) ) ) | FILED |
| | ) | NOV 03 2022 |
| CARVANA, LLC, et al., | ) ) | CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND |
| Defendants | ) | |

**NOTICE OF SPECIAL APPEARANCE NOTICE OF SPECIAL POWER OF ATTORNEY**

I, Yaniesha-Precious, in the house of Hendking, the surety, a natural living person, and an aggrieved woman am appearing specially not generally. I am not to be misconstrued as appearing as the Estate entity YANIESHA P HENDKING. I affirm that I am the Authorized Representative, Beneficial Owner and Grantee Absolute with Special Power of Attorney In Fact over the Estate to execute the following:

1. To ask, demand, request, file, sue, recover, register, collect and receive each and every sum of money, credit, account legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargeable) belonging to or accepted or claimed by me, or presented to the ESTATE; **YANIESHA P HENDKING**, (a corporate entity) and to use and take any lawful and/or commercial means necessary for the recovery thereof by legal or commercial process or otherwise, and to execute and deliver or receive a satisfaction or release therefor, together with the right and power to settle, compromise, compound and or discharge any claim or initiate any administrative claim for damages or make any necessary demands;

2. To exercise any or all of the following powers as to all kinds of personal property, private property and any property, goods, wares and merchandise, choses in action and other property in possession or where a security interest is established and to or in other actions;

3. To request, retrieve, file, submit, or otherwise, any papers in my behalf for any matter whether commercial, quasi-judicial, administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

Let it be noted for the record, on the record and let the record show that I am reserving all of my rights not bound by any unrevealed contracts. I am reserving all rights and I have not waived any rights.

Honorably Submitted,

By: *[signature]*

By: Hendking, Yaniesha-P/Surety/Grantee Absolute All Rights Reserved
c/o 5247 Wilson Mills Rd #1013
Richmond Heights Ohio [44124]

# NOTARY

State of **Ohio** on this **3rd** day of **November** 2022, before me, the undersigned notary public, personally appeared Yaniesha Hendking proved to me through satisfactory evidence of identification to be the person who signed the preceding "NOTICE OF SPECIAL APPEARANCE NOTICE OF SPECIAL POWER OF ATTORNEY" in my presence, and affirmed to me that the contents of her NOTICE are truthful and accurate to the best of her knowledge and belief.

*[signature]* Jameese Sales
Notary Signature

(Seal)
JAMEESE P SALES
Notary Public
State of Ohio
My Comm. Expires
August 23, 2025

Date **11/03/2022**

**August 23, 2025**
My Commission Expires