THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Hendking, Yaniesha-P/surety, attorney in fact, grantee absolute | ) ) ) | Case Number 1:22-cv-01777 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff | ) ) | |
| v. | ) ) | FILED |
| | ) | NOV 03 2022 |
| CARVANA, LLC, et al., | ) ) ) | CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND |
| Defendants | ) | |

**MOTION TO AWARD PREJUDGEMENT SIMPLE INTEREST AND POSTJUDGEMENT INTEREST ON ACTUAL DAMAGES**

Plaintiff moves this honorable court to award simple interest on actual damages from October 18th 2022. Plaintiff filed an amended complaint for the jurisdiction of this court and made relevant violations of antitrust laws by the Defendants' and their attorney Gregory Saetrum.

Pursuant to 15 U.S. Code § 15(a) The court may award under this section, pursuant to a motion by such person promptly made, simple interest on actual damages for the period beginning on the date of service of such person's pleading setting forth a claim under the antitrust laws and ending on the date of judgment, or for any shorter period therein, if the court finds that the award of such interest for such period is just in the circumstances.

Plaintiff requests this court to award simple interest on actual damages based on a rate that is equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the preceding calendar week and or whichever is currently greater or applicable. Plaintiff request consideration to be implied as Plaintiff has been suffering exponentially over a year without reasonable and or actual consideration of facts, law, and the emotional wellbeing of the Plaintiff. The Defendants must be held liable to the fullest extent for their actions.

Honorably Submitted,

By: *[signature]*

By: Hendking, Yaniesha-P/Surety/Grantee Absolute All Rights Reserved
c/o 5247 Wilson Mills Rd #1013
Richmond Heights Ohio [44124]
2166479989