# Exhibit C



# STATION HOUSE REPORT

Euclid Police Department 545 E.222nd Street Euclid, Ohio 44123

**PLEASE PRINT INFORMATION**
DL OR STATE ID # TJ1687905

Civil Matter

Complaint Number (OFFICE USE ONLY): 2206446

NATURE OF INCIDENT: Aggravated Identity Theft    DATE OF INCIDENT: 6-15-2021    TIME:
LOCATION OF INCIDENT: 3720 Morgan Cashmans Way Las Vegas Nevada    ZIP: 89111
REPORTED BY: By: Yaniesha, Hendly    BIRTHDATE: July 31 1991    PHONE: 216-677-9989
ADDRESS: Redacted    STREET: Redacted    CITY: Redacted    ZIP: Redacted

PLEASE DESCRIBE IN DETAIL THE MANNER IN WHICH THE INCIDENT OCCURRED, IF NECESSARY CONTINUE ON THE REVERSE SIDE.

CARVANA employee Daidre Visser forged my personal authentication and identify information and signature upon an Electronic Document through Docusign that I did not consent to with my wet ink signature for the 2018 Mercedes Benz GLC300. I signed an arbitration agreement with my wet ink signature for a rescinded automobile a 2017 Mercedes Benz GLA 250 only.

**OTHER PERSON INVOLVED**

NAME: Daidre Visser / Carvana Employee
ADDRESS: 3720    STREET: Morgan Cashmans Way
CITY: Las Vegas NV    ZIP: 89111
DATE OF BIRTH: M~    PHONE: daidre.visser@carvana.com

**OTHER PERSON INVOLVED**

NAME: CARVANA, LLC
ADDRESS: 1930    STREET: N Rio Salado Pkwy
CITY: Tempe AZ    ZIP: 85281
DATE OF BIRTH: M~    PHONE: 800-333-4554

**DESCRIPTION OF PROPERTY / VALUED PROPERTY**

ARBITRATION AGREEMENT INVALID UNENFORCEABLE ARBITRATION AGREEMENT

**OWNER OF PROPERTY / VEHICLE INFORMATION**

| NAME: | MODEL: |
| ADDRESS:    STREET: | MODEL:    YEAR: |
| CITY:    ZIP: | LICENSE PLATE: |
| DATE OF BIRTH:    PHONE: | VIN NUMBER: |

DAMAGED ☐    STOLEN ☐    LOST ☐

CHECK THIS BOX IF REPORT IS FOR INSURANCE PURPOSES ONLY

NOTE: THIS REPORT OF AN INCIDENT IS TAKEN FROM THE PERSON REPORTING, ONLY AS A CONVENIENCE. IT SHOULD BE UNDERSTOOD THAT NO POLICE INVESTIGATION WILL NORMALLY FOLLOW, BUT THE INFORMATION ON THIS REPORT WILL BE ON FILE FOR WHATEVER PURPOSE IT MAY FULFILL.

SIGNATURE OF PERSON FILING REPORT: By Yaniesha Hendly all rights reserved    DATE: November 4 2022
REPORT RECEIVED BY: LT GRB #292    TITLE: LT    DATE: 11/4/22



FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
153280248

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Yaniesha | | Hendking | |
| Address: | Phone: | | Email: |
| c/o 5247 Wilson Mills Rd , 1013 Richmond Heights , OH 44143 USA | 216-647-9989 | | almost_nursing@ymail.com |

## Personal Statement

I did not authorize/consent to the account furnishing to my consumer credit report. Block Remove. I did not authorize/consent to an arbitration agreement by way of my wet ink signature with CARVANA, LLC and or its affiliatespartnersassociatesagentsemployeescontractors. My personal authentication identification information have been forged A suit has been filed in District Court and CARVANA's attorneys Gregory Saetrum, Stephen Fazio and Rebecca Haverstick have been informed including Judge J. Philip Calabrese Magistrate Judge Jonathan D. Greenberg Magistrate Greenberg is recommending the Court compel arbitration although I have motioned for the original document (Greenberg denied motion) that would have been signed by me if I were to consent to arbitration be brought into evidence. They have failed to provide it provided deceptive Docusign docs to deceive the Court to compel me to arbitration although I have made it know I did not consent actual proof must be discovered.

## Accounts Affected by the Crime

| Other Identity Theft | |
|---|---|
| Company or Organization: | CARVANA, LLC |
| Account Number: | 200105701 |
| Date that I discovered it: | Total fraudulent amount: |
| 2/2022 | $ 38510 |

| Other Identity Theft | |
|---|---|
| Company or Organization: | BRIDGECREST CREDIT COMPANY, LLC |
| Account Number: | 200105XXXXXX |
| Date that I discovered it: | Total fraudulent amount: |
| 2/2022 | $ 3851039 |

## Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | Employment Information: PRECIOUS MEDICAL HEALTH SER,PRES |

## Suspect Information

| Name | Daidre Visser |
|---|---|
| Contact Information | **Address:** 3720 Morgan Cashmans Way Las Vegas NV 89111 USA<br>**Email Address:** daidre.visser@carvana.com |
| Relationship | Other |
| Additional Details | Daidre Visser an Employee of Carvana forged my identifying authentication personal identification information upon an agreemen electronically that I did not consent to in DocuSign. The address is where aggravated offense occurred at carhub |

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Yaniesha Hendking**        11/4/2022
Yaniesha Hendking        Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.