Exhibit E

RE: DocuSign Support Case: 10234878 "Envelope details" [ ref:_00D30bS4._5008Z201Q4B:ref ]

From: DocuSign Global Support (customersupport@docusign.com)

To: almost_nursing@ymail.com

Date: Thursday, October 6, 2022 at 10:56 AM EDT

| Date | Source | Action | Message | Status | User IP |
|---|---|---|---|---|---|
| 2021/06/08 02:07:50 | API | Registered | The envelope was created by Carvana, LLC | Created | 20.51.97.130 |
| 2021/06/08 02:07:54 | API | Correction Initiated | Carvana, LLC initiated correction | Correct | 20.51.97.130 |
| 2021/06/08 02:07:54 | API | Correction Completed | Carvana, LLC completed correction | Sent | 20.51.97.130 |
| 2021/06/08 02:07:54 | API | Correction Initiated | Carvana, LLC initiated correction | Correct | 20.51.97.130 |
| 2021/06/08 02:07:55 | API | Correction Completed | Carvana, LLC completed correction | Sent | 20.51.97.130 |
| 2021/06/11 03:33:29 | API | Printable Copy Delivered | Carvana, LLC received a printable copy of the envelope | Sent | 13.64.107.184 |
| 2021/06/15 23:04:08 | Web | Opened | Yaniesha Hendking opened the envelope [documents: (REDACTED)] | Sent | 172.58.78.149 |
| 2021/06/15 23:04:12 | Web | Viewed In-Session | Yaniesha Hendking viewed the envelope in a session hosted by Carvana [documents:(REDACTED)] | Delivered | 172.58.78. |
| 2021/06/15 23:04:46 | Web | Signed | Yaniesha Hendking signed the envelope on mobile | Completed | 172.58.78.1 |
| 2021/06/15 23:04:51 | Web | Marked Authoritative Copy | Envelope marked for authoritative copy | Completed | 172.58.78.149 |
| 2021/06/15 23:05:11 | Web | Archive Delivered | Carvana, LLC received a copy of the envelope archive | Completed | 64.207.219.71 |
| 2021/06/15 23:05:25 | API | Documents Exported | Documents Authoritative Copy export requested. | Completed | 216.83.189.212 |
| 2021/06/15 23:05:38 | API | Documents Exported | Documents Authoritative Copy export acknowledged from DocuSign. External ID: 462441846 | Completed | 216.83.189.212 |
| 2021/06/22 16:46:02 | API | Printable Copy Delivered | Carvana, LLC received a printable copy of the envelope | Completed | 13.64.107.184 |
| 2022/02/04 19:38:37 | Web | Archive Delivered | Carvana, LLC received a copy of the envelope archive | Completed | 20.51.97.? |

——————— Original Message ———————
**From:** DocuSign Global Support [customersupport@docusign.com]
**Sent:** 10/6/2022 7:50 AM
**To:** almost_nursing@ymail.com
**Subject:** DocuSign Support Case: 10234878 "Envelope details" [ ref:_00D30bS4._5008Z201Q4B:ref ]

**Case Number:** 10234878

Hello Yaniesha,

Thank you for contacting DocuSign Customer Support.

Please check the information below, thank you.

| 2021/05/30 02:12:46 | Web | Viewed In-Session | Yaniesha Hendking viewed the envelope in a session hosted by Carvana [documents:(REDACTED)] | Delivered | 98.167.47.135 |

Best regards,

Joe | **DocuSign Customer Support**
docusign.com

ref:_00D30bS4._5008Z201Q4B:ref