Exhibit H

10/13/22, 11:36 AM Case: 1:22-cv-01777-JPC Doc #: 18-44 Filed: 10/31/22 18 of 21. PageID #: 431
Case: 1:22-cv-01777-JPC Doc #: 26-9 Filed: 11/17/22 2 of 4. PageID #: 586
172.58.78.149 IP Address Details - IPinfo.io

 ipinfo.io

IP address details

# 172.58.78.149

Las Vegas, Nevada, United States

## Summary

| | |
|---|---|
| ASN | AS21928 - T-Mobile USA, Inc. |
| Hostname | No Hostname |
| Range | 172.58.72.0/21 |
| Company | T-Mobile USA, Inc. |
| Hosted domains | 0 |
| Privacy | ⊗ False |
| Anycast | ⊗ False |
| ASN type | ISP |
| Abuse contact | abuse@t-mobile.com |

## Geolocation Data

| | |
|---|---|
| City | Las Vegas |
| State | Nevada |
| Country | United States |
| Postal | 89111 |
| Local time | 08:32 AM, Thursday, October 13, 2022 |
| Timezone | America/Los_Angeles |
| Coordinates | 36.1750,-115.1372 |

View larger map

10/13/22, 11:40 AM Case: 1:22-cv-01777-JPC Doc #: 18-44 Filed: 10/31/22 19 of 21. PageID #: 432
Case: 1:22-cv-01777-JPC Doc #: 26-9 Filed: 11/17/22 3 of 4. PageID #: 587
98.167.47.135 IP Address Details - IPinfo.io

IP address details

# 98.167.47.135

Las Vegas, Nevada, United States

## Summary

| | |
|---|---|
| ASN | AS22773 - Cox Communications Inc. |
| Hostname | ip98-167-47-135.lv.lv.cox.net |
| Range | 98.167.0.0/17 |
| Company | Cox Communications Inc. |
| Hosted domains | 0 |
| Privacy | ⊗ False |
| Anycast | ⊗ False |
| ASN type | ISP |
| Abuse contact | abuse@cox.net |

## Geolocation Data

ipinfo.io

| | |
|---|---|
| State | Nevada |
| Country | United States |
| Postal | 89111 |
| Local time | 08:41 AM, Thursday, October 13, 2022 |
| Timezone | America/Los_Angeles |
| Coordinates | 36.1750,-115.1372 |

View larger map

10/13/22, 12:03 PM
Case: 1:22-cv-01777-JPC Doc #: 26-9 Filed: 11/17/22 4 of 4. PageID #: 588
Case: 1:22-cv-01777-JPC Doc #: 18-44 Filed: 10/31/22 20 of 21. PageID #: 433
GPS Coordinates Converter - Latitude and Longitude Converter

 **GPS Coordinates**

## Coordinates Converter

GPS **Coordinates Converter** is a tool to convert gps coordinates to address and convert address to lat long. The coordinate converter supports different formats of gps coordinates such as decimal degrees (DD) and degrees, minutes and seconds (DMS).

### Address

3720 morgan cashman's way las vegas nv 891

### DD (decimal degrees)

**Latitude** 36.1233111

**Longitude** -115.1815513

### DMS (degrees, minutes, seconds)

**Latitude** ◉N ○S  36 °  7 '  23.9196 "

**Longitude** ○E ◉W  115 °  10 '  53.583 "

Legal

### Share my Location

If you need to share your location with someone, you can simply send them the following link.
https://gps-coordinates.org/my-location.php?lat=36.1233111&lng=-115.1815513

If you want to place the current location on a website, use the following link.

```
<a href="https://gps-coordinates.org/my-location.php?
lat=36.1233111&lng=-115.1815513" target="_blank">(36.1233111,-115.1815513)
```

## GPS Coordinates Converter

When you enter an address, the lat long converter will quickly convert your address to the corresponding gps coordinates.

If you would like to convert a gps coordinates to an address, simply enter the coordinates in the DD or the DMS format, and the coordinates converter will return you the correct address.

## Lat Long Converter

The **lat long converter** can be used to locate an address, latitude and longitude on a map for navigation purposely or if your gps navigation system is giving you a lat long and you need to convert it to address. Type an address or latitude and longitude to start using our gps coordinate converter.

Simply type the lat and long coordinate values and press Get Address or the Get GPS Coordinates button above. Reverse geocoded address will also show up on the map coordinates along with latlong.

## Address to Lat Long

**Address to Lat Long** has the option convert address to lat long.