IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
NOV 17 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

By: Hendking, Mariosh — Surety/grantor, Absolute /attorney in fact
Plaintiff

-vs-

CARRANA, LLC et al
Defendant(s)

CASE NO. 1:22-CV-01777

JUDGE Phillip Calabrese

Plaintiff Motion to Acknowledge Exhibit I conjointly with Objection filed November 17th 2022

Exhibit I is entered/filed as an example for how Envelope History/Details will contain the action of the Sender sending an invitation to a signers email. Exhibit I also shows security verification pertaining to the signers personal information that would be asked prior to signing any documents electronically. It also shows the activity a signer has for viewing and receiving a printable copy. Carrana never provided Plaintiff with any documents nor access to view any documents through Docusign. The envelope Details Plaintiff received by email from Joe Exhibits E and do not show such activity and makes Jordan Firman Declaration also hearsay.

Honorably Submitted.

By: Hendking, Mariosh — J / Surety / absolute Grantor, all rights reserved   attorney in fact.