UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| YANIESHA HENDKING,<br><br>Plaintiff,<br><br>v.<br><br>CARVANA LLC, et al.,<br><br>Defendant. | Case No. 1:22-cv-01777<br><br>Judge J. Philip Calabrese |

## JUDGMENT ENTRY

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: November 22, 2022

J. Philip Calabrese United
States District Judge
Northern District of Ohio