# Exhibit A

Cellular record
&
Insurance email



**Sprint** Now part of **T Mobile**

Account Number: 471720133
Bill Period: May 26 - Jun 25, 2021

### Call Details - (216) 647-9969 - Voice ...continued

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 11:08 pm | (702) 898-6881 | LAS VEGAS,NV | NW/AU | 02:00 | - |
| | 11:09 pm | (702) 263-5596 | LAS VEGAS,NV | NW/AU | 01:00 | - |
| | 11:14 pm | (216) 681-9181 | CLEVELAND,OH | NW/AU | 01:00 | - |
| | 11:29 pm | (216) 681-9181 | CLEVELAND,OH | NW/AU | 01:00 | - |
| Jun 13 | 06:54 am | (216) 681-9181 | Incoming | NW/AU | 02:00 | - |
| | 11:19 am | (405) 548-2251 | Incoming | NW/AU | 02:00 | - |
| Jun 14 | 10:26 am | (216) 965-9120 | Incoming | AU | 21:00 | - |
| | 11:36 am | (954) 278-3859 | Incoming | AU | 01:00 | - |
| | 11:36 am | (954) 278-3859 | FTLAUDERDL,FL | AU | 01:00 | - |
| | 11:37 am | (954) 278-3859 | FTLAUDERDL,FL | AU | 01:00 | - |
| | 03:00 pm | (833) 978-2511 | Toll Free Call | AU | 03:00 | - |
| | 03:03 pm | (833) 978-2511 | Toll Free Call | AU | 04:00 | - |
| Jun 15 | 10:55 am | (347) 916-9345 | BKLYN NYC,NY | AU | 01:00 | - |
| | 02:32 pm | (561) 453-1942 | Incoming | AU | 01:00 | - |
| | 04:06 pm | (818) 970-6182 | VAN NUYS,CA | AU | 01:00 | - |
| | 04:30 pm | (800) 876-5581 | Toll Free Call | AU | 22:00 | - |
| | 05:39 pm | (818) 970-6182 | Incoming | AU | 29:00 | - |
| Jun 16 | 12:55 pm | (954) 278-3859 | Incoming | AU | 02:00 | - |
| | 04:02 pm | (301) 304-6429 | Incoming | AU | 20:00 | - |
| | 04:23 pm | (877) 430-1431 | Toll Free Call | AU | 03:00 | - |
| | 04:27 pm | (216) 965-9120 | Incoming | AU | 17:00 | - |
| | 05:20 pm | (405) 548-2251 | Incoming | AU | 02:00 | - |
| Jun 17 | 10:13 am | (702) 382-9988 | LAS VEGAS,NV | AU | 03:00 | - |
| | 10:16 am | (888) 400-9680 | Toll Free Call | AU | 01:00 | - |
| | 10:17 am | (888) 400-9680 | Toll Free Call | AU | 01:00 | - |
| | 10:23 am | (954) 278-3859 | Incoming | AU | 01:00 | - |
| | 10:25 am | (613) 693-1367 | Incoming | AU | 01:00 | - |
| | 11:39 am | (714) 830-7000 | SANTA ANA,CA | AU | 12:00 | - |
| | 11:51 am | (714) 830-7000 | SANTA ANA,CA | AU | 20:00 | - |
| | 12:10 pm | (714) 830-7000 | SANTA ANA,CA | AU | 16:00 | - |
| | 01:45 pm | (888) 400-9680 | Toll Free Call | AU | 01:00 | - |
| | 02:42 pm | (480) 359-9223 | Incoming | AU | 02:00 | - |
| | 02:58 pm | (216) 220-8762 | Incoming | AU | 06:00 | - |
| | 03:33 pm | (888) 400-9680 | Toll Free Call | AU | 01:00 | - |
| | 04:00 pm | (888) 400-9680 | Toll Free Call | AU | 10:00 | - |
| | 07:19 pm | (216) 210-4641 | CLEVELAND,OH | AU | 04:00 | - |
| | 08:48 pm | (702) 402-2900 | LAS VEGAS,NV | AU | 08:00 | - |
| Jun 18 | 10:14 am | (877) 430-1431 | Toll Free Call | AU | 02:00 | - |
| | 10:20 am | (877) 430-1431 | Incoming | AU | 05:00 | - |
| | 10:51 am | (702) 342-1243 | LAS VEGAS,NV | AU | 04:00 | - |
| | 11:01 am | (216) 220-8762 | Incoming | AU | 01:00 | - |
| | 11:07 am | (216) 220-8762 | MONTRSE,OH | AU | 10:00 | - |
| | 11:22 am | (216) 210-4641 | Incoming | AU | 17:00 | - |
| | 11:32 am | (702) 342-1243 | Incoming | CW/AU | 01:00 | - |
| | 11:55 am | (216) 210-4641 | Incoming | AU | 03:00 | - |
| | 11:58 am | (702) 342-1243 | LAS VEGAS,NV | AU | 02:00 | - |
| | 12:01 pm | (210) 421-5024 | SANANTONIO,TX | AU | 01:00 | - |
| | 12:02 pm | (216) 210-4641 | CLEVELAND,OH | AU | 01:00 | - |
| | 12:05 pm | (216) 210-4641 | CLEVELAND,OH | AU | 01:00 | - |
| | 12:16 pm | (702) 342-1243 | Incoming | AU | 01:00 | - |
| | 01:15 pm | (216) 210-4641 | CLEVELAND,OH | AU | 01:00 | - |
| | 01:33 pm | (862) 658-5788 | Incoming | AU | 01:00 | - |
| | 02:00 pm | (210) 421-5024 | Incoming | AU | 01:00 | - |
| | 02:52 pm | (216) 210-4641 | Incoming | AU | 18:00 | - |

Handwritten annotations:
- "Main Phone line is opened in Cleveland, Ohio Call Log displayEST."
- "3:59 PST →" (next to 05:39 pm row)
- "4:08 PST"

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends

Call Details - (216) 647-9969 - Voice continues...

Progressive policy change confirmation

From: Progressive (customerservice@e.progressive.com)
To: almost_nursing@ymail.com
Date: Tuesday, June 15, 2021 at 02:44 PM PDT

# Policy change confirmation

Please see the information below in regards to your policy.

| | |
|---|---|
| **Effective Date:** | 06/15/2021 |
| **Policy Type:** | Auto |
| **Confirmation #:** | 105956 |
| **Rate Change:** | $95.26 increase |

View More Details

**Access your ID cards anytime**
It's easy to get your ID cards online, all the time, day or night—it's that simple.



# Don't forget to complete outstanding items on your policy
Log in for details



 Download the Progressive app for easy access, any time.

**Your Agent**
Red Rock Insurance LLC
ANDREW@REDROCKINSURE.COM
480-337-3490

**Your Policy**
YANIESHA HENDKING
Arizona Auto 949653519

Contact     Privacy     Terms     Unsubscribe

Please do not reply to this email—this mailbox is not monitored.

View this email online.

Policy underwritten by Progressive Preferred Insurance Company
Progressive Casualty Insurance Company
6300 Wilson Mills Rd, Mayfield Village, OH 44143

*Endorsement_PolicyPro_10.0*