Exhibit B

Illinois bans Carvana from doing business in the state, again

# Illinois bans Carvana from doing business in the state, again

By FOX 32 Digital Staff | Published July 19, 2022 | Business | FOX 32 Chicago

**Illinois suspends Carvana's dealer license for the second time in 2 months**

For the second time in just two months, Carvana, the company known for its "car vending machines", has had its dealer license suspended for improper business practices.

**CHICAGO** - A popular online car dealer has once again been banned from selling in the state of Illinois until the company can resolve issues with getting buyers vehicle registrations and titles.

Carvana, known for its brightly lit "car vending machines", had its dealer's license suspended for the second time in two months on Monday after the company failed to get buyers their titles, according to the Illinois Secretary of State's office.

Spokesman Henry Haupt also said Carvana unlawfully issued buyers temporary vehicle registrations from another state and issued them without going through a licensed remitter.

**SUBSCRIBE TO THE FOX 32 YOUTUBE CHANNEL**

The Secretary of State's office initially began investigating the Phoenix, Arizona-based company's business practices in February after receiving scores of complaints from customers.

The state issued a suspension order against Carvana on May 10, but after lengthy negotiations, it lifted the suspension on May 26 allowing the company to resume conducting business in Illinois under strict guidelines.

The Secretary of State's office said Monday it reinstatated the suspension after the company "continued to conduct business in a manner that violates Illinois law."

During the suspension, Carvana will still be allowed to deliver vehicles that have already been purchased, but it will not be allowed to sell any new vehicles, Haupt said.

The suspension will remain in place until the company resolves all the issues, he said.

"My top commitment is protecting the interests and well-being of Illinois consumers," said Illinois Secretary of State Jesse White. "I applaud the Illinois Secretary of State Police for their ongoing efforts to protect customers. We will continue to do everything we can to ensure that every customer is properly served."

The Secretary of State's office urged any consumer who has issues with the title and registration of a vehicle purchased from Carvana to file a complaint with the Illinois Secretary of State Police at 630-693-0551.

FOX 32 reached out to Carvana for their response to this suspension, but have not yet heard back.

This material may not be published, broadcast, rewritten, or redistributed. ©2022 FOX Television Stations