UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| YANIESHA HENDKING, | ) | Case No. 1:22-cv-01777 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| CARVANA LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

Plaintiff Yaniesha Hendking filed a second motion for reconsideration. For the same reasons the Court denied her prior motion for reconsideration, the Court denies this motion as well. Further, the Court admonishes Plaintiff that, if she persists in filing further unnecessary papers, she may forfeit her right to file. Plaintiff has had ample opportunity to press her claims both before the Magistrate Judge and now multiple opportunities before the Court. In the Court's judgment, she will have that opportunity before an arbitrator too. This case is closed. Motion denied.

**SO ORDERED.**

Dated: December 14, 2022

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio